### No. 3.

**SESSIONS** *against* **GILBERT.** *Rutland*, 1816.

A general receipt in full of all demands, cannot be explained

or impeached, by *parol testimony*; mistake or fraud would be cause for admitting parol testimony to do away its effects.